## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY A. ZIERKE, | : | CIVIL ACTION NO. 3:CV-15-0264 |
| Plaintiff | : | (Judge Nealon) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendants | : | |

### ORDER

**AND NOW, THIS 7th DAY OF MARCH, 2016**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss or, in the alternative for summary judgment (Doc. 12) is **GRANTED**. Judgment is hereby entered in favor of the Defendant and against the Plaintiff.

2. The Clerk of Court shall **CLOSE** this case.

3. Any appeal from this order will be deemed frivolous, not taken in good faith and lacking probable cause.

/s/ William J. Nealon
**United States District Judge**